# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                Magistrate No. ___23-1072___

        v.

YAZMIN SAHONG-KOMBET

      The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

      IT IS on this ___25th___ day of _____July_____, 2023

      ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.


                      /s/ Elizabeth A. Pascal
                      HONORABLE ELIZABETH A. PASCAL
                      UNITED STATES MAGISTRATE JUDGE